UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

PAIGE NATH,                          )    CASE NO. 1:07 CV 1935
                                     )
            Plaintiff,               )    JUDGE DONALD C. NUGENT
                                     )
       v.                            )
                                     )    JUDGMENT ENTRY
ST. VINCENT CHARITY HOSPITAL,        )
                                     )
            Defendant.               )

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

                              _Donald C. Nugent_ 9/21/07
                              DONALD C. NUGENT
                              UNITED STATES DISTRICT JUDGE